No. 01–11033. DARNELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–11034. CAMPBELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–11035. CHILTON v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 01–11036. RAYGOZA AGUAYO v. UNITED STATES; and PINA ARELLANO, AKA ALBERTO LOPEZ, AKA LOPEZ-GONZALEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 33 Fed. Appx. 240 (first judgment) and 241 (second judgment).

No. 01–11037. ARRINGTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–2. CONNECTICUT v. PHYSICIANS HEALTH SERVICES OF CONNECTICUT, INC. C. A. 2d Cir. Certiorari denied.

No. 02–3. COBB v. TIME, INC., DBA SPORTS ILLUSTRATED. C. A. 6th Cir. Certiorari denied.

No. 02–4. BRUETMAN v. HERBSTEIN; and
No. 02–95. BRUETMAN v. HERBSTEIN. C. A. 7th Cir. Certiorari denied. Reported below: 32 Fed. Appx. 158.

No. 02–5. ROSETTE INC. ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6. RESEARCH SYSTEMS CORP. v. IPSOS PUBLICITE ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–7. SAN LAZARO ASSN., INC., DBA BIOMEDICAL LABORATORY, ET AL. v. CONNELL, CONTROLLER OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8. WOOSLEY v. ADOPTION ALLIANCE ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.